ard G. Hammond, Karen S. Hammond, H.I.P., Inc., (d/b/a Coconuts on the Beach), Malcolm R. Kirschenbaum, Jane Kirschenbaum, George W. Lewis, Stella M. Lewis, Nicholas A. Myers, Carlita Myers, Allen H. Neuharth, James W. Peeples, III, David A. Robinette, Marjorie Robinette, Miles Ross, Patricia Ross, Seton by the Sea Condominium Association, Inc., Vincent E. Spezzano, Margaret Spezzano, Jim Swann, and Wakulla Motel, Inc., Plaintiff–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 02–5180.

United States Court of Appeals, Federal Circuit.

July 17, 2003.

Before NEWMAN, LOURIE, and SCHALL, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36

POLYMASC PHARMACEUTICALS, PLC, Plaintiff–Appellant,

v.

ALZA CORPORATION, Defendant–Appellee.

No. 03–1259.

United States Court of Appeals, Federal Circuit.

July 18, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

M.A. MORTENSON COMPANY, Appellant,

v.

Les BROWNLEE, Acting Secretary of the Army, Appellee.

No. 03–1276.

United States Court of Appeals, Federal Circuit.

July 21, 2003.

ORDER

Order Vacated, See 2003 WL 21949578.

**584**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Julie E.A. KANEKOA, Petitioner,**

**v.**

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 03–3199.

United States Court of Appeals, Federal Circuit.

July 22, 2003.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Vincent SCHICKLER, Plaintiff–Appellant,**

**and**

**TMD U.S.A., Inc., Plaintiff,**

**v.**

**UNITED STATES, Defendant–Appellee.**

No. 03–5035.

United States Court of Appeals, Federal Circuit.

July 22, 2003.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.